Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

_____ Division

FILED BY_____D.C.

FEB 19 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

| | | |
|---|---|---|
| Charisse T. Staggers<br>P.O. BOX 471346<br>Miami, FL 33247 | ) | Case No.    1:20-cv-24202-BB |
| | ) | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | ) | |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) | |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) | Jury Trial:  *(check one)*  ✔ Yes  ☐ No |
| *please write "see attached" in the space and attach an additional* | ) | |
| *page with the full list of names.)* | ) | |
| -v- | ) | |
| | ) | |
| International Longshoreman Association<br>816 North West 2nd Avenue<br>Miami FL 33136 | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued.  If the* | ) | |
| *names of all the defendants cannot fit in the space above, please* | ) | |
| *write "see attached" in the space and attach an additional page* | | |
| *with the full list of names.)* | | |

## PLAINTIFF'S SECOND AMENDED COMPLAINT

I.      **The Parties to This Complaint**

A.      **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Charisse T. Staggers |
| Street Address | P.O. BOX 471346 |
| City and County | Miami |
| State and Zip Code | FL 33247 |
| Telephone Number | (786) 366-9499 |
| E-mail Address | raspberriraspberri@gmail.com |

B.      **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

  Name         International Longshoreman Association

  Job or Title *(if known)*  Local 1416

  Street Address     816 North West 2nd Avenue

  City and County    Miami

  State and Zip Code   FL 33136

  Telephone Number   (305) 371-6781

  E-mail Address *(if known)*

Defendant No. 2

  Name         N/A

  Job or Title *(if known)*

  Street Address

  City and County

  State and Zip Code

  Telephone Number

  E-mail Address *(if known)*

Defendant No. 3

  Name

  Job or Title *(if known)*

  Street Address

  City and County

  State and Zip Code

  Telephone Number

  E-mail Address *(if known)*

Defendant No. 4

  Name

  Job or Title *(if known)*

  Street Address

  City and County

  State and Zip Code

  Telephone Number

  E-mail Address *(if known)*

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

Name

Street Address

City and County

State and Zip Code

Telephone Number

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

   *(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

   *(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☑    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

   *(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Other federal law *(specify the federal law)*:

☐    Relevant state law *(specify, if known)*:

☐    Relevant city or county law *(specify, if known)*:

### III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐    Failure to hire me.

☐    Termination of my employment.

☑    Failure to promote me.

☐    Failure to accommodate my disability.

☑    Unequal terms and conditions of my employment.

☑    Retaliation.

☐    Other acts *(specify)*:

*(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

Between on or about June 20, 2015, through on or about June 26, 2020.

C.    I believe that defendant(s) *(check one)*:

☑    is/are still committing these acts against me.

☐    is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☑    race            African American

☑    color            Black

☑    gender/sex        Female

☐    religion

☐    national origin

☐    age *(year of birth)*                *(only when asserting a claim of age discrimination.)*

☐    disability or perceived disability *(specify disability)*

E.    The facts of my case are as follows.  Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Please see attached Statement of the Facts, hereby incorporated by reference as if fully set forth herein.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.  Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

On or about December 8, 2019.

B.    The Equal Employment Opportunity Commission *(check one)*:

☐   has not issued a Notice of Right to Sue letter.

☐   issued a Notice of Right to Sue letter, which I received on *(date)*   06/13/2020   .

*(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☑   60 days or more have elapsed.

☐   less than 60 days have elapsed.

## V.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Compensatory, punitive, and nominal damages greater than $100,000.00, in an amount to be proven at trial.

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.      For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:            02/17/2021

Signature of Plaintiff         /s/ Charisse T. Staggers
Printed Name of Plaintiff      Charisse T. Staggers

### B.      For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

# STATEMENT OF THE FACTS

## FACTS APPLICABLE TO CALL COUNTS

Harassment

1.     I am writing that I have been Sexually Harassed, Harass, Life threaten, Stalking, Slandered, humiliation, bullied intimidated, Assaulted, Harassing phone calls, Harassing text messages.

2.     My car vandalized repeatedly. I changed my number more than 30 times.

I am suing for continuing Sexual Harassment and Harassment. When I made complaints nothing ever was done about the situation. It continued too get more violent and dangerous.

3.     I was continued to work under a hostile environment. For nothing but jealousy and Envy and Pure Hatred for No reason. All trying to do is feed my family and earn a living in peace. I do not come too fight and bother No one. They continue to harass and International Longshoreman Association will not help me.

## SEXUAL HARRASSMENT

4.     May 10, 2015 Header El Toro Wallace gave me rides over the bridge. El Torro continue rub on me and ask for sex I refused his advances and go out of his Silver van.

June 2015

5.     June 13,2015 El Torro Wallace throw money on the ground and stated to pick it up and all his women crawl for it and pick it. I refused and walked over his money at Terminal B. It happened in front of passengers and Coworkers.

6.     June 20,2015 I was Sexually Harrass and wrote report against Clarence Pittman jr. Clarence continued too call me derogatory names because I wouldn't sleep with him. I still have the report also.

HARRASSMENT

February 2016

7.      February 07,2016, I saw Sonya Yvette Ransom at a club following me everywhere. Claiming it was her birthday and trying to be nice at first.

8.      On February10, 2016 I started receiving constant Harassing phone and text messages from Sonya Ransom stated she was going to shoot and kill me.

9.      February 11,2016 Sonya Ransom was following me around the hall telling people I have Aids and Homeless.

10.     Sonya Ransom was calling derogatory names. Sonya went and sat in her car and put a red beam on my from a gun stating she was going too shot me.

11.     February 12, 2016 Sonya Ransom came to the Port of Miami in the chase area for work. Blocked me in with her Silver Dodge Charger tag number RANSOM.

12.     Sonya was calling me derogatory names and was continued to harass me and wanting to fight and made a big seen. Coworker Arline  stated too leave me alone and just go to work. I ignored her she went on for more than 20 mins until Sonya drove off.

ASSAULT AND BATTERY

July2016

13.     July 5,2016 Longshoreman Local 1416 Sonya Yvette Ransom Assaulted me entering the back door of Local 1416 Union Hall. It is was on camera.

People laughed took pictures and video it. People put it on the internet and and shared all over the union hall.

14.     I and Anthony Raggs called City of Miami Police to press charges and stating she was trying to Shoot me. Coworkers were keeping her from using her weapon. Case number 160705-202853 Officer John

15.     July 06 2016 Went to file a report Miami Police Department for Vandalism Case number 160621-186934 Officer W. Byans.

16.     July 7,2016 wrote a letter too the Union Hall and courts complaining about Sonya Ransom continuing Harassment. I stated that she is very insane and dangerous Stalking me. I continue to get my tires slashed and windows busted out. Car was vandalized with deep scratches, drinks poured on it. My number was put on a Porn site. I took pictures and still have them Case 2016-016598 FOC4 section 55

17.     July 08,2016 I went with Longshoreman Anthony Raggs too City of Miami Police Department to press charges against Sonya Ransom for Assault and Battery against us both.

18.     I also went to the State Attorney Office with Anthony Raggs and filed a restraining order against Longshoreman Sonya Ransom. I received a Temporary restraining order. Case 16-16598 July 24,2016 12:23 pm Sonya Ransom texted she is at the Shooting range and she wants some more of you Bitch.

19.     July 24,2016 12:24p.m. I received a phone call and Text message from Sonya Ransom that it was my last day on earth. I have the messages still.

July 24,2016 12:24 pm Sonya Ransom texted stating she have Aids and I better get checked with Anthony Raggs.

20.     July 24, 2016 12:24 p.m. Text message from Sonya stated she got something put me in my resting place and I have Aids.

21.     July 25,2016 Went too Miami Police Department Case number 160708-206385 Officer Leonardo Diaz for Simple Assault or Battery against Sonya Ransom

22.     July 27,2016 I went too court with Anthony Raggs and received a one year restraining order against Sonya Ransom.

HARRASSMENT

AUGUST 2016

23.     August 24,2016 Sonya Ransom followed me and approach me in Miami Gardens and I called her probation officer and nothing was done they asked her too leave me alone.

### SEPTEMBER 2016

24.     September 30,2016 Wrote a complaint too courts and union hall against Sonya Ransom for still continued Harrassment and threatening too kill me after the restraining order. Nothing was done about it.

### OCTOBER 2016

25.     OCTOBER 01, 2016 wrote another report too union hall and called North Miami Police and courts against Sonya Ransom continuing harassment and threatening to shoot me from Sonya Ransom and nothing was done about it. Case number 2016-30511

26.     October 2, 2016 Reported to the hall wrote Judge Deborah White-Labour. I stated that Sonya Ransom continues too Harass and threaten my life, Stalking, Slander, harassing phone calls, Harassing text messages.

27.     My car was vandalism and Sonya refuse to leave me alone. Gave letters to the hall. Nothing was done at the courts or the union hall. Case number 2016-30618 October 03, 2016 My

### VANDALISM

28.     Window was busted out. Went too Superior Auto Glass paid $117.00 for front door glass.

        November 15,2016 My Windshield was busted went too Cheapo Auto Glass to replace it for $175.00 I have the receipt.

29.     July 7,2017, I wrote another letter and called Police report 2017-458 against Sonya Ransom Windows busted out.

### HARRASSMENT IN CLASS

### November 17, 2017

### Mule Class with El Toro Wallace

30.     Arthur Nelson jr hit my Mule while parked in the lane and he covered it up. Failed me in the and refused to give my Mule license.

31.     June 2018 Went Kenneth Riley and stated that El Toro Wallace was showing favoritism in the Mule Class and signing off people just walking up. I backed up 45 and 20 foot several times and refused too sign me off and give me my license. Drove the Mule 2 years.

32.    EL Torro gave license too all the ladies that bought him liquor, cigars, food and gifts. I complained that the other ladies tore down the fence in cargo, hit the terminal F with Mule, hit the security booths and tore it down. Even Rev Holt ran the mule over the barricade and he still gave them a license. Kenneth Riley said okay and did nothing.

33.    Also complained I was moved from the advanced with Dana Ferguson and Rick Fleming for nothing. Dana and Rick stated too look she drove now and sign her off. El Torro refused.

34.    I was sent too beginner's class and was humiliated by doing the exercises over and over when I passed that section already.

35.    I called President Ellis Caty Sr he started cursing and screaming at me and would not help me and took El Torro Wallace side. Class end and still did not get my license.

HARRASSMENT ON THE JOB

FEBRUARY 2019

36.    February 18,2019 wrote Kisha Rule up for harassing me while working by the ship continued yelling and cursing at me off the ship.

37.    Kisha begin stating tell that laborer too come over here and break down these boxes. This was the 3rd time Kisha trying to bully me because she wants to be the boss because Kisha was going with the Headers.

38.    Kisha would follow me and harass too start confusion. Kisha Rhule was slandering my name at 1526 telling them not help me go to work and not take my card because what she had to do to get work.

39.    Kisha was harassing me Broward county and Port of Miami. Telling all the ladies and men I am No Good. Kisha had 1000 hrs. taken from her from ghosting the payroll and people was gossiping about her and not me. Kisha continued too harass me stating was me. Nothing was done about her behavior either.

## HARRASSING TEXT MESSAGES

### MAY 2019

40.     May 02,2019 1:51pm I received Threats  a text  message"You better hope you don't have a bad accident."

41.     May 02,2019   1:52 p.m. I received Text message Threats Stuff will  go to a whole different level.

42.     May 02,2019 1:53 p.m. I received Threats "But I do know if you Fuck round and get stupid you going to get exactly what the Fuck you looking for".

43.     May 02,2019 1:54 p.m. I received Threats "Keep my Name out your Mouth".

44.     May 02,2019 1:56 p.m.  I received Threats I know where you live Too."

45.     May 02,2019 2:03p.m. I received Threats "Check it I'm out. Cuz this might lead to your throat getting cut or worse"

### HARRASSMENT

### MAY 2019

46.     May 05, 2019 Ray Grant had me pulling chains by myself.

47.     May 15,2019 I Spoke to Kenneth Riley about the header Ray Grant is Sonya Ransom cousin and was very nasty too me.

48.     May 31, 2019 Stephen Wingard was rude and nasty too me.

### HARRASSMENT

### JUNE 2019

49.     June 12,2019, I Gave Larry McKnight a letter complaining Angela playing on my phone and texting me. Angela was passing by my house and harassing me.

50.     El Torro Wallace was talking too Angela Robinson Archie. Angela was Harassing me in front of Tarah Bloomfield and other coworkers and was trying too fight me saying I should just do like she did too get her license and buy gifts and be nice she did it.

51.   Nothing was done about Angela behavior and I wrote a letter, and it was thrown out. Larry McKnight stated in front of El Torro Wallace I should just be nice and kiss and make up. I refused too.

## EEOC

52.   June 13,2019 I Filed EEOC complaint against International Longshoreman Association about discrimination from El Torro Wallace. EEOC did nothing to help me. 510-2020-01531

## HARRASSMENT

## JULY 2019

53.   July 11,2019 Anthony cursed me out and called all kind of derogatory names for no reason. I gave him food and place to live when he was homeless.

54.   July 25,2019 Stephen Wingard cursed me out. I emailed Kenneth Riley about Stephen Wingard behavior and he did nothing.

## HARRASSMENT

## AUGUST 2019

55.   August 02,2019 texted Kenneth Riley that Stephen Wingard was letting Gwendolyn Chestnut drive the Mule without a license and I started before her and he doesn't let me drive without a license.

56.   August 05,2019 I texted Kenneth Riley Angela started confusion again sitting by me Harassing me with Gwendolyn Chestnut and slandering me to other co workers.August 02,2019 Stephen Wingard let Gwendolyn Chestnut drive without a license.

57.   Stephen Wingard was very nasty too me. Stephen Wingard would not allow me to go too work. August 17, 2019 texted Kenneth Riley that Angela Robinson Archie was spreading vicious lies on me.

## LETTERS TO INTERNATIONAL.  LONGSHOREMAN ASSOCIATION

### AUGUST 2019

58.    August 17,2019, I wrote a letter too International Longshoreman Association Harold Daggett and Allen Robb that Angela Robinson Archie was threatening my life and Harassing me in the restroom and trying to fight me.

59.    I Walked away. Angela stated in front President Ellis Canty Sr, co workers and witness Atwan Curgil heard Angela call me derogatory names you need to go to work and get you some money.

60.    They did nothing about her behavior. They let Angela do what she wants too. I stated that Angela keeps taking pictures of me and recording me. Following me in the parking lot and Harassing me wanting too fight.

### HARRASSMENT

### AUGUST 2019

61.    August 18,2019 Gwendolyn Chestnut continued pointing fingers at me stating she was going to kill me and stating Buck, Buck Buck. I am going to kill you.

62.    August 20, 2019 Angela Robinson Archie continues snapping pictures of me to harrass me.

63.    August 24,2019 Angela Robinson Archie was slandering me too the Security Guard American Guard Takia Stating I am No Good and she was trying to get me fired. August 24,2019 Stephen Wingard let picked Gwendolyn over me to go back-to-back to work.

### MEETING

64.    August 27th 2019 LRC Meeting with Angela Robinson Archie, Torin Ragin, Alex Forsten & Louis Gonzalez.

65.    Angela Robinson Archie was showed favoritism. Angela stated I want her fired and she does not deserve this job.

66.    I been working as a Longshoreman for years and showed Angela how to go to the Port of Miami and the Mule class and Angela  gave me gas money than she turned on me and became very jealous she was not able too go to work like me.

67.    I stated she is a trouble maker and a zero on her card she should be the one fired.

68.    I am not bothering this Angela. Angela keeps confusion going and telling those other ladies too harrass and attack me for no reason. Angela stated I want too go too the LRC and Charisse be fired. Louis Gonzalez asked Angela can we just go back too work  and just leave eachother alone.

69.    I am not there for her too like just go too work.  Angela continued too harrass me. Instead of them ending the confusion they kept the confusion going and giving Angela her way showing favoritism.Angela lied about everything.

HARRASSMENT

AUGUST 2019

70.    August 30, 2019 Shakia told the Header too not pick me and pick someone else instead of me.

FAVORTISM

SEPTEMBER 2019

71.    September 06, 2019 Stephen Wingard sent Angela Robinson Archie to work over me. Stephen Wingard canceled my job and had me going all the way from the union hall too the Port of Miami.

72.    September 07, 2019, I wrote Stephen Wingard up for his behavior with me and Management did nothing.

73.    September 10, 2019 I went too the EEOC to complain about how I am treated on my job.

74.    September 13,2019 Stephen Wingard was nasty to me again.

75.    September 15,2019 Angela Robinson Archie was cursing Charles Sallette jr out and nothing was done to her.

FAVORITISM

SEPTEMBER 2019

76.     September 15,2019 Stephen Wingard picked Barbara from Broward over me.

77.     September 17,2019 Stephen Wingard Picked Gwendolyn over me and sent her to work with the AAA.

78.     September 18,2019 Stephen Wingard picked Sybil over me.

79.     September 19, 2019 Jim picked Angela Robinson Archie over me.

80.     September 20, 2019 I texted Kenneth Riley Stephen Wingard Recording Secretary makes sure I do not go to work and picks all around me and always arguing and cursing loud in the union hall too co workers

81.     September 20,2019 Stephen Wingard refused to pick me for work.

82.     September 20,2019 Gwendolyn Chestnut was yelling across the room at me that I never went too Savanah Georgia and Kenneth Riley was right there and he did nothing. We spoke about Gwendolyn ghosting payroll and he did nothing about it.

HARRASSMENT

SEPTEMBER 2019

83.     September 27, 2019, I texted Kenneth Riley they are putting Gwendolyn Chestnut in front of me showing favoritism. She was living Savanah Georgia how does she go before me. Gwendolyn Chestnut is ghosting the payroll.

84.     September 28, 2019 Gwendolyn Chestnut started Harassing at the boat and threatening my life. Linton Coleman Header started cursing at me telling me to get off the forklift and go on the ship throw his luggage.

FAVORITISM

OCTOBER 2019

85.     October 04,2019 John Howell showed Favoritism and picked Gwendolyn over me.

## HARRASSMENT

### OCTOBER 2019

86.    October 18,2019 Stephen Wingard called me pretending he was looking for Charles Peyton.

87.    October 24, 2019 I called Ellis Canty Sr he so nasty and rude too me. I told him I felt feverish and sick. Ellis Canty Sr stated if don't show up for work. I am going to be suspended.

### NOVEMBER 2019

88.    November 02, 2019 Donna Belton was Harassing calling me derogatory names from across the room. Shakia Faithe kicked me out of shape up and let her stay in the union hall. I wrote Donna Belton up.

### FAVORTISM

89.    November 07,2019 Stephen Wingard picked Gwendolyn over me again

90.    November 08, 2019 Stephen Wingard let Gwendolyn Chestnut go back to work with favoritism as usually.

### HARRASSMENT

91.    November 26, 2019, I wrote Gwendolyn Chestnut and Donna up for threatening my life and Harassment.

92.    November 28, 2019 Gwendolyn Chestnut was Harassing me pushing me in my back and trying to trip me up.

### GRIEVANCE HEARING

93.    December 03, 2019, I went too Grievance Hearing LRC board with Angela Robinson Archie Gwendolyn Chestnut, Donna Belton.

94.    Angela Robinson Archie bought donuts and coffee. The board members was in the office with them eating and drinking coffee laughing and talking with all the ladies. I was sitting with witness Nathaniel Spann in the lobby. LRC board was bias in the hearing. All ladies lied on me I never harrassed them or touched them. LRC board members believe all the ladies statements.

RETALIATION

DECEMBER

DECEMBER 05,2019

95.    The board Suspended me 30 days without pay and I was told I could not return without Anger Management.

96.    I was also put-on final warning and anything I do I will be fired. I was without work for 60days without pay. I called too find about the classes they cost $175 a piece and our insurance refuse to pay it. I did not attend the classes.

97.    I could not afford too pay for them. I wrote letters against these ladies for Harassing me. This retaliation I received from it. LRC board didn't give them anything smiled and laughed with them and let them go back too work.

HARRASSMENT

98.    December 05, 2019, I wrote up Linton Coleman for Insubordination and Harassment for cursing me out.

99.    December 06, 2019, I wrote Appeals Letter for 30day Suspension

LETTERS

JANUARY 2020

100.    January 03, 2020, I received a Letter from EEOC assigned a investigator. Nothing was done. January 06, 2020, I wrote Appeals letter for an Suspension 30day and Anger Management letter too International Longshoreman Association.

101.    January 7, 2020, I went too the EEOC for further retaliation on my job. 510-201904595

102.    January 21, 2020, I received a Letter from EEOC Confidentiality Agreement and letter to Mediate from EEOC signed it and sent it back.

103.    ILA changed their mind after I agreed to it.

104.    January 27, 2020, I received letter from EEOC January 30,2020 I Received letter from EEOC from Neil Flaxman.

## HARRASSMENT

105.   February 09,2020 Angela Robinson Archie approached me trying while I speaking Johnny Dixson about a missing check I was looking for. Angela Robinson Archie was trying to start confusion.

106.   February 10, 2020, I started back too work after Louis Gonzalez called me too come back.

107.   Keith stated women don't belong on the dock in front of Poo Header .

## LETTERS

## FEBRUARY 2020

108.   February 11,2020, I wrote Position statement for EEOC too International Longshoreman Association

## HARRASSMENT

## FEBRUARY 2020

109.   February 12, 2020 Chris approach me blowing his bad breath in my face in the union hall. Just walked away because he is crazy and take medicine.

110.   February 14, 2020 Ray Grant was driving top loader was trying to run me over on purpose several times. Witness Nathaniel Spann.

## SEXUAL HARRASSMENT

111.   February 19,2020 Albert Coleman kept touching on and telling me too sit in his lap and what he wanted to do to me in front Ike coworker. Coworkers thought it was funny. I stated that was Sexual Harrassment and I was going to report him.

## FAVORTISM

112.   February 21, 2020 Ellis Canty Sr and Champ let Gwendolyn Chestnut go back to work and could not go back to work. February 23,2020 Ellis Canty jr made an outburst cursing loud and not suspended and was about to fight. No write up.

## HARRASSMENT

113. February 27,2020 Michael Miller was drunk at the hall walks up to me and called me derogatory names

114. February 28, 2020 Michael Miller came up too me drunk again called me derogatory names. Michael didn't receive no write up.

## MARCH 2020

115. MARCH 01, 2020 Bobbie Coleman kept bothering me I told too leave me alone.

116. March 09,2020 Angela Robinson Archie sent Demetrius Collins and Anthony Johnson too state she wants too fight me and Angela states she has a problem with. I said why are you'll always harassing me with this women leave me alone.

I am on Final warning and she got me suspended and still harassing me.

## EEOC

117. March 13,2020 I went back to the EEOC to complain about retaliation again.

## HARRASSMENT

118. March 15,2020 Ellis Canty Sr took me off Brookins boat and sent too drive forklift for Coleman for No reason.

## HARRASSING PHONE CALLS AND TEXT

119. April 17, 2020 Kiara Herbinger and F Battle was calling me harrassing me on the phone and cursing me out all night long and texting me .

## LETTERS

## MAY 2020

120. May 07, 2020 I received letter from EEOC about they investigating my case.

121. May 29,2020 I wrote a Grievance letter to the International Longshoreman Association

## VANDALISM

122. June 07, 2020 Someone slashed at my house.

EEOC

123.    June 18, 2020 I Spoke with  Supervisor Jacqueline Gabriel EEOC about my case and stated she has someone working on my case. Consulo Nader.

124.    July 13 ,2020  I Received a Right to Sue Letter from EEOC  Consqulo Nadar

LETTERS

125.    September 26,2020, I wrote letter too International Longshoreman

126.    October 14,2020, I sent my paperwork too US State Courts for my Lawsuit against ILA

127.    December 02,2020, I received letter from International Longshoreman Association response about mediation.

Charisse T. Staggers
P.O. BOX 471346
Miami, FL 33247
(786) 366-9499
raspberriraspberri@gmail.com

## VERIFICATION

I, the undersigned, being of sound minds and competent to testify as to the truthfulness of the statements made hereinabove, after being duly sworn, under the pains and penalties of perjury, hereby certify that I have read the foregoing document, and hereby affirm that I have personal knowledge of the facts therein, and to the best of my knowledge, information, and belief, the foregoing is true and correct.

I understand that I am swearing or affirming under oath to the truthfulness of the claims made in this motion and that the punishment for knowingly making a false statement includes fines and/or imprisonment.

Charisse T. Staggers
P.O. BOX 471346
Miami, FL 33247
(786) 366-9499
raspberriraspberri@gmail.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certifies that on the 17th day of January 2020 via United States

Postal Service, First-Class, postage pre-paid, that I mailed a true and complete copy of the

foregoing instrument to:

> HOWARD S. SUSSKIND (184696)
> D. MARCUS BRASWELL, JR. (146160)
> SUGARMAN & SUSSKIND, P.A.
> 100 Miracle Mile, Suite 300
> Coral Gables, Florida 33134
> Tel. (305) 529-2801
> Fax. (305) 447-8115
> hsusskind@sugarmansusskind.com

> Charisse T. Staggers
> P.O. BOX 471346
> Miami, FL 33247
> (786) 366-9499
> raspberriraspberri@gmail.com



PRESS FIRMLY TO SEAL

Retail

STAGE PAID

.95
2/21
-DAY®

Origin: 33147
02/18/21
1158830124-14

0 Lb 5.20 Oz

1006

NUMBER

9 3751 28

E EP14F Oct 2018
OD: 121/2 x 9 1/2

USPS.COM/PICKUP

To schedule free
Package Pickup,
scan the QR code.

U.S.M.S.
INSPECTED

PRIORITY
★ MAIL ★

UNITED STATES
POSTAL SERVICE ®

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

PRIORIT
FLAT H
POSTAGE REQ

FROM: Charisse T. Staggers
P.O. Box 471346
Miami, FL 33247

TO: Wilkie D. Ferguson JR
U.S. Courthouse
400 N. Miami Ave
Miami, FL 33128

Label 228, July 2013

Overnight Priority

FOR DOMESTIC AND INTERNATIONAL USE

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments.
Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; October 2018; All rights reserved.